**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FRANKLIN FATUSIN,

      Petitioner,

v.                                      CASE NO. 4:11cv163-MP-CAS

ERIC H. HOLDER, et al.,

      Respondents.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 28, 2012.  (Doc. 32).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and petitioner's objections thereto (docs. 34, 36), I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     The amended petition for writ of habeas corpus (doc. 12) filed pursuant to 28 U.S.C. § 2241 is DENIED.

      **DONE and ORDERED** this 10th day of August, 2012.

                    s/ *M. Casey Rodgers*

                    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**