**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FRANKLIN FATUSIN,

    Petitioner,

v.                                         CASE NO. 4:11cv163-MP-CAS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 2, 2012. (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's emergency motion for summary judgment (doc. 40) is DENIED.

**DONE and ORDERED** this 6th day of September, 2012.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              CHIEF UNITED STATES DISTRICT JUDGE**